UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAUL RAMIREZ,
*on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*

v.

SOCIAL 8TH AVE CORP.,
d/b/a SOCIAL BAR & GRILL, et al.,

    Defendants.

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

18 CV 2061

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that the claims of NORMA MELENDEZ and NICHOLAS IRACI only, are voluntarily dismissed, without prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

| For Defendants: | For Plaintiffs: |
|---|---|
| By: _____ | By: _____ |
| Andrew S. Hoffmann, Esq. | C.K. Lee, Esq. |
| Hoffmann and Associates | Lee Litigation Group, PLLC |
| 450 Seventh Avenue, Ste. 1400 | 30 East 39th Street, 2nd Floor |
| New York, NY 10123 | New York, NY 10016 |
| Tel.: (212)679-0400 | Tel.: (212) 465-1188 |
| Andrew.Hoffmann@hoffmannlegal.com | cklee@leelitigation.com |
| Date: 2-28-19 | Date: 2/28/19 |

**SO ORDERED**

_____     _____
Hon. Ona T. Wang, U.S.M.J.                    Dated