UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAUL RAMIREZ,
*on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*

v.

SOCIAL 8TH AVE CORP.,
d/b/a SOCIAL BAR & GRILL, et al.,

Defendants.

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

18 CV 2061

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that the claims of NORMA MELENDEZ and NICHOLAS IRACI only, are voluntarily dismissed, without prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

For Defendants:

By: _____
Andrew S. Hoffmann, Esq.
Hoffmann and Associates
450 Seventh Avenue, Ste. 1400
New York, NY 10123
Tel.: (212)679-0400
Andrew.Hoffmann@hoffmannlegal.com

Date: 2-28-19

For Plaintiffs:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Tel.: (212) 465-1188
cklee@leelitigation.com

Date: 2/28/19

**SO ORDERED** _____
Hon. Ona T. Wang, U.S.M.J.

3/27/2019
Dated